UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SCHAEFFLER TECHNOLOGIES  :
AG & CO., KG,  :
  :
           Plaintiff,  :
  :
    v.  :  24 Civ. _____ (    )
  :
THE INDIVIDUALS, CORPORATIONS,  :
LIMITIED LIABILITY COMPANIES,  :
PARTNERSHIPS, AND UNICORPORATED  :
ASSOCIATIONS IDENTIFIED IN  :
SCHEDULE A,  :
  :
           Defendants.  :
------------------------------------------------------------x

### ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

Before the Court is Plaintiff's motion to seal certain filings that contain identifying information about the defendants named in the captioned matter (collectively "Defendants"). The Court, having considered Plaintiff's motion and finding good cause hereby grants said motion.

It is hereby **ORDERED and ADJUDGED** that:

The Clerk of Court is directed to seal, upon filing, the following documents:

1. The Complaint, Schedule "A" to the Complaint, and Exhibits 5-44 to the Complaint;

2. The Summons;

3. Plaintiff's Application for a Preliminary Injunction, Ex Parte Temporary Restraining Order, Temporary Asset Restraint, and Expedited Discovery;

4. The Declaration of Michael Falsone, and Exhibits 1-20 attached thereto; and

//
//

5. Exhibits 1-20 to the Declaration of Ed Hurley.

6. The sealing shall remain in place only until the judge assigned to this action has had an opportunity to review this sealing order. SHS

**SO ORDERED.**

Dated: New York, New York
March 18, 2024

_____
UNITED STATES DISTRICT JUDGE
Part I