UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

SCHAEFFLER TECHNOLOGIES AG & : 24-mc-123 (SHS)
CO., KG

                Plaintiff, :

                -v- : <u>ORDER</u>

THE INIDIVIDUALS, CORPORATIONS, :
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, and UNINCORPOR- :
ATED ASSOCIATIONS IDENTIFIED ON
SCHEDULE A TO THE COMPLAINT, :

                Defendant. :

----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Clerk of Court is directed to close this case.

Dated: New York, New York
       May 7, 2024

                                  SO ORDERED:

                                  Sidney H. Stein, U.S.D.J.